

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00265-CV**

**IN RE SUNSET LOGISTICS, INC., JOHN GLIDEWELL, AND**
**CHARLES AXMACHER**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

On August 18, 2016, relators, Sunset Logistics, Inc., John Glidewell, and Charles Axmacher, filed a petition for writ of mandamus complaining about trial-court orders to produce net worth, corporate governance, and insurance documentation regarding several parties and non-parties. In addition to their mandamus petition, relators also filed an emergency motion to stay the trial court's discovery orders. We granted relators' emergency stay motion and requested a response.

In the meantime, "the parties have negotiated an agreed resolution to the issues in dispute," resulting in relators filing an unopposed motion to dismiss their mandamus

petition.  *See* TEX. R. APP. P. 42.1(a).  Dismissal of this mandamus petition does not prevent

a party from seeking relief to which it would otherwise be entitled.  We therefore grant

relators' motion and dismiss this mandamus petition.


                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed September 21, 2016
[OT06]

